# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

WEST VILLAGERS FOR RESPONSIBLE GOVERNMENT, INC.,
and JOHN MEISEL,

Petitioners,

v.

CITY OF NORTH PORT, FLORIDA,

Respondent.

No. 2D2023-2425

————————————————

May 3, 2024

Petition for Writ of Certiorari to the Circuit Court for Sarasota County; sitting in its appellate capacity.

Luke Lirot of Luke Charles Lirot, P.A., Clearwater, for Petitioners.

Elizabeth W. Neiberger and Alan S. Zimmet of Bryant Miller Olive P.A., Tampa, for Respondent.

PER CURIAM.

Denied.

NORTHCUTT, KHOUZAM and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.